**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Addie E. Leitzen,                                              Civil No. 10-3104 (DWF/SER)

                Plaintiff,

v.                                                             **ORDER ADOPTING REPORT**
                                                                      **AND RECOMMENDATION**

Michael J. Astrue,
Commissioner of Social Security,

                Defendant.

---

Daniel S. Rethmeier, Esq., Rethmeier Law Firm, PLLC, counsel for Plaintiff.

---

     This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau.  No objections to the Report and Recommendation were filed within the requisite time period.

     **IT IS HEREBY ORDERED** that this action is **DISMISSED** for lack of prosecution pursuant to Fed. R. Civ. P. 41(b).

     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 24, 2011          s/Donovan W. Frank
                                             DONOVAN W. FRANK
                                             United States District Judge